# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

Yosef Golubchik,

              Plaintiff,

Case No.: 2:23-cv-20995

     -against-

David B. Watner, LLC

              Defendant(s).

---------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 19, 2024              Respectfully Submitted,

                                                        */s/ Yaakov Saks*
                                                        Yaakov Saks
                                                        Stein Saks, PLLC
                                                       One University Plaza
                                                       Hackensack, NJ 07601
                                                       Ph: (201) 282-6500

SO ORDERED                                          Ysaks@steinsakslegal.com

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   2/20/2024